# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**DYLAN FRACASSE,**

    **Plaintiff,**

**v.**                                                Case No: 5:18-cv-635-Oc-PRL

**EQUIFAX INFORMATION SERVICES LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on non-party Tabatha Hendrickson's motion to quash (Doc. 33), Plaintiff's motion to strike and seal the motion to quash (Doc. 34), and Defendant's motion for leave to file under seal its opposition to the motion to quash. (Doc. 35).

Information is appropriately filed under seal where good cause exists, as determined "by the nature and character of the information in question." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Good cause is present "when disclosure will cause the party to suffer a clearly defined and serious injury." *Smith v. Costa Del Mar, Inc.,* No. 3:18-cv-1011-J-32JRK, 2019 WL 3037815, at *2 (M.D. Fla. July 11, 2019). In such an instance, a party's privacy or proprietary interest in information may overcome the general principle of openness of court records. *Id.* Here, the Court agrees that allowing public access to the information contained in the motion to quash and Defendant's response thereto could harm Plaintiff's legitimate privacy interests.

Accordingly, Plaintiff's motion to seal (Doc. 34) and Defendant's motion to seal (Doc. 35) are **GRANTED.** The Clerk shall file the motion to quash (Doc. 33) and Defendant's response thereto (submitted en camera) under seal.

**DONE** and **ORDERED** in Ocala, Florida on October 11, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties