UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DYLAN FRACASSE,**

    Plaintiff,

v.                                                                                                         Case No: 5:18-cv-635-Oc-PRL

**EQUIFAX INFORMATION SERVICES LLC,**

    Defendant.
_____

## ORDER

This matter is before the Court on the motion to quash filed by third-party Tabatha Hendrickson. (Doc. 33). The Court previously granted a protective order as to the September 24, 2019 deposition of Ms. Hendrickson because it was set without adequate notice. (Doc. 29). The Court is unaware of any other subpoena directed to Ms. Hendrickson so there is nothing for the Court to quash at this time. Accordingly, Ms. Hendrickson's motion (Doc. 33) is due to be denied. Ms. Hendrickson is cautioned that if she wishes to challenge a subsequent subpoena, she must file her motion in the district where compliance with the subpoena is required. *See* Fed.R. Civ. P. 45(d)(3).[1]

---

[1] For example, if a future subpoena required Ms. Hendrickson to appear for deposition in Las Vegas, Nevada, she would file her motion with the U.S. District Court for the District of Nevada.

**DONE** and **ORDERED** in Ocala, Florida on October 17, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties