# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**DYLAN FRACASSE,**

    Plaintiff,

v.                                                                   Case No: 5:18-cv-635-Oc-PRL

**EQUIFAX INFORMATION SERVICES, LLC,**

    Defendant.

## ORDER

On September 27, 2019, non-party Tabatha Hendrickson filed a motion to quash "any subpoena regarding" the instant case. (Doc. 33). The Court denied that motion because Ms. Hendrickson had not identified any specific subpoena directed to her, and thus, there was nothing for the Court to quash. (Doc. 40). Now, in her motion for reconsideration, Ms. Hendrickson asks the Court to quash a subpoena that was served on her internet provider, Cox Communications. (Doc. 41). Plaintiff, however, advised the Court that Cox Communications has already complied with the subpoena and produced the requested documents. (Doc. 43). Accordingly, Ms. Hendrickson's motion (Doc. 41) is due to be **DENIED** as **moot.**

**DONE** and **ORDERED** in Ocala, Florida on November 5, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties